ACCEPTED
06-14-00086-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/29/2015 10:14:30 AM
DEBBIE AUTREY
CLERK

CASE NOS. 06—14-00086-CR

In The

COURT OF APPEALS
SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/29/2015 10:14:30 AM
DEBBIE AUTREY
Clerk

MARK ANTHONY YOUNG, Appellant

VS.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th Judicial District Court
of Hunt County, Texas
Trial Court Cause Nos. 29,236
Honorable Richard A. Beacom, Jr., Judge Presiding

## STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF IN RESONSE TO APPELLANT'S RESPONSE TO ANDERS BRIEF

NOBLE DAN WALKER, JR.
District Attorney, in and for
Hunt County, Texas

STEVE LILLEY
Assistant District Attorney
State Bar Number - 24046293
P.O. Box 441
4th Floor, Hunt County Courthouse
Greenville, Texas 75401
Telephone Number - (903) 408-4180
Facsimile Number - (903) 408-4296
Email:  slilley@huntcounty.net

1

# STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

Comes now, The State of Texas, and files this, her First Motion for Extension of Time to File State's Brief.

## I.

The current filing deadline for the State's brief was April 27, 2014.

## II.

The State requests this extension of time to file her brief due to an accidental oversight of the fact that Appellant had filed a *pro se* brief with this court. The State was informed by the former appellate attorney in the cause Jason Duff that he intended to file an *Anders* brief in this case. On April 28, 2015, the attorney responsible for the jury trial and any appeal in this cause was made aware that Appellant had filed a *pro se* brief several months later. The State sincerely apologizes for this mistake and we are making efforts to ensure that recent issues regarding notice to individual attorneys responsible for handling appeal matters in each case will not resurface.

## III.

After a review of Appellant's brief, the State requests this honorable court for an extension of one month from the date of the filing of this

request for extension, that is May 28, 2015.

## IV.

The State has made no previous requests for extensions to file her brief in this case.

## V.

For the reasons stated hereinabove, it is respectfully requested that this Court grant the State of Texas until May 28, 2015, to file her brief.

Respectfully submitted,

Steve Lilley
Assistant District Attorney
Hunt County, Texas
P.O. Box 441
Greenville, Texas 75403-0441
Phone: 903/408-4180
Fax: 903/408-4296
Email: slilley@huntcounty.net

## CERTIFICATE OF SERVICE

This is to certify that a true copy of this Motion to Extend Time to File State's Brief has been forwarded to Appellant, acting pro se by mailing him a copy at the address provided in his brief.

Steve Lilley

3